UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | 24 Mag. 4157 |
| WALTER BUSTOS-SOLIS, | |
| Defendant. | |

Upon the application of the United States, by the United States Attorney for the Southern

District of New York, Jay Clayton, by Assistant United States Attorney David Markewitz, it is

hereby ORDERED that Complaint 24 Mag. 4157 in the above-captioned case, which was filed

under seal on December 2, 2024, be unsealed.

Dated: White Plains, New York
       June 13, 2025

THE HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK