# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **24 MJ 4157**                                 Date **June 20, 2025**

USAO No. **2024R01218**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint          ☐ Removal Proceedings in

*United States v.* **Walter Bustos-Solis**

The Complaint/Rule 40 Affidavit was filed on **December 2, 2024**

✓ *U.S. Marshals please withdraw warrant*

**DAVID MARKEWITZ** Digitally signed by DAVID MARKEWITZ
Date: 2025.06.20 09:21:28 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**David A. Markewitz**
(print name if signature handwritten)

**SO ORDERED:**

DATE: 6-23-2025

*/s/ Judith C. McCarthy*
UNITED STATES MAGISTRATE JUDGE